IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GARY BUTERRA WILLIAMS,             )
                                   )
        Petitioner,                )
                                   )
v.                                 )   Civil Action No. 3:11CV132–HEH
                                   )
VIRGINIA SUPREME COURT,            )
                                   )
        Respondent.                )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

Petitioner, a Virginia state prisoner, filed this petition for a writ of mandamus. By Memorandum Order entered on May 12, 2011, the Court directed Petitioner to pay the full $350.00 filing fee within eleven days of the date of entry thereof. More than eleven (11) days have passed, and Williams has not submitted the filing fee. Accordingly, the action will be dismissed without prejudice.

An appropriate Order will accompany the Memorandum Opinion.

                                           /s/
                                   HENRY E. HUDSON
                                   UNITED STATES DISTRICT JUDGE

Date: June 20, 2011
Richmond, Virginia